BENJAMIN B. WAGNER
United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ) CASE NO.  1:14-CR-00189 AWI/BAM |
| Plaintiff, ) | ) |
| v. ) | ) STIPULATION AND  PROTECTIVE ORDER |
| JOHN DEREK GITMED, ) | ) BETWEEN THE UNITED STATES AND |
| Defendants. ) | ) DEFENDANT JOHN DEREK GITMED |

WHEREAS, the discovery in this case contains a large amount of personal information including but not limited to Social Security numbers, dates of birth, financial accounts, residential addresses and other personal information ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

1

THEREFORE, defendants JOHN DEREK GITMED, by and through his counsel of record ("Defense Counsel"), and plaintiff the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff.  Defense Counsel may permit the defendants to view unredacted documents in the presence of their attorney, defense investigators, and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendants to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendants with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government.  Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

    5.    Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

    6.    Defense Counsel shall be responsible for advising each defendant, as well as Defense Counsel's employees, other members of the defense team, and defense witnesses, of the contents of this Stipulation and Order.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

3

7. In the event that the either defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from any new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED: September 4, 2014        By: /s/ Michael W. Berdinella
                                    MICHAEL W. BERDINELLA
                                    Attorney for Defendant
                                    JOHN DEREK GITMED


DATED: September 4, 2014            BENJAMIN B. WAGNER
                                    United States Attorney


                                By: /s/ Michael G. Tierney
                                    MICHAEL G. TIERNEY
                                    Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   September 5, 2014          _____
                                    SENIOR DISTRICT JUDGE

4