MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax:    (559) 436-8900


Attorney for Defendant,
John Derek Gitmed

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:14-cr-00189-AWI-BAM-1 |
|   Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE SENTENCING HEARING** |
| JOHN DEREK GITMED | ) Date: October 19, 2015 |
|   | ) Time: 10:00 a.m. |
|   Defendant. | ) Judge: Hon. Anthony W. Ishii |

**TO: BENJAMIN B. WAGNER, UNITED STATES ATTORNEY, AND MICHAEL TIERNEY, ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above captioned matter now set for October 19 , 2015 at 10:00 am, may be continued to November 30, 2015. The continuance is requested by counsel for Defendant, John Derek Gitmed, Attorney Michael W. Berdinella who will be on vacation and unavailable from September 18th, 2015 until October 2nd, 2015, Counsel for Mr. Gitmed will be unavailable and unable to adequately prepare informal and formal objections for the Sentencing Hearing, unless the matter is continued. Counsel agrees to exclude time until November 30, 2015.

1

DATED: August 10, 2015

                                              Respectfully submitted,

                                              /s/ Michael W. Berdinella
                                              Michael W. Berdinella
                                              Attorney for Defendant
                                              John Derek Gitmed

DATED: August 10, 2015

                                              /s/Michael G. Tierney
                                              Michael G. Tierney
                                              Assistant United States Attorney

## **ORDER**

The sentencing of John Derek Gitmed previously set for October 19, 2015, is continued to November 30, 2015, at 10:00am in Courtroom 2 before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   August 11, 2015                          _____
                                            SENIOR  DISTRICT  JUDGE