MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax:     (559) 436-8900

Attorney for Defendant,
John Derek Gitmed

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:14-cr-00189-AWI-BAM |
| Plaintiff, | **STIPULATION AN ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| JOHN DEREK GITMED | Date: November 30, 2015<br>Time: 10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |
| Defendant. | |

**TO: BENJAMIN B. WAGNER, UNITED STATES ATTORNEY, AND MICHAEL TIERNEY, ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

　　IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record, that the Sentencing hearing in the above captioned matter now set for November 30, 2015 at 10:00 am, be continued to December 7, 2015 at 10:00 a.m. The continuance is requested by counsel for Defendant, John Derek Gitmed, Attorney Michael W. Berdinella, Counsel for Mr. Gitmed will need additional time to adequately prepare informal and formal objections for the Sentencing Hearing. Counsel agrees to exclude time until December 7, 2015.

DATED: November 4, 2015

Respectfully submitted,

/s/ Michael W. Berdinella
Michael W. Berdinella
Attorney for Defendant
John Derek Gitmed

DATED: November 4, 2015

/s/Michael G. Tierney
Michael G. Tierney
Assistant United States Attorney

## ORDER

The Sentencing hearing as to the above defendant currently set for November 30, 2015, is continued to December 7, 2015 at 10:00 a.m. in Courtroom 2 before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   November 9, 2015

SENIOR  DISTRICT  JUDGE

2