MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant,
John Derek Gitmed

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:14-cr-00189 AWI-BAM |
| Plaintiff, | **STIPULATION TO ADVANCE RESTITUTION HEARING; ORDER** |
| vs. | |
| JOHN DEREK GITMED | |
| Defendant. | |

**TO: BENJAMIN B. WAGNER, UNITED STATES ATTORNEY, AND MICHAEL TIERNEY, ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

　　　IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record, that the Restitution Hearing in the above captioned matter now set for January 11, 2016 at 1:30pm, be advanced to January 4, 2016 at 1:30 p.m. The advancement is requested by counsel for Defendant, John Derek Gitmed.

　　　DATED: December 16, 2015

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　<u>/s/ Michael W. Berdinella</u>
　　　　　　　　　　　　　　　　　　　　Michael W. Berdinella
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　John Derek Gitmed

DATED: December 16, 2015

 */s/ Michael G. Tierney*  
Michael G. Tierney  
Assistant United States Attorney

### **ORDER**

IT IS SO ORDERED that the sentencing of John Derek Gitmed is advanced to January 4, 2016 at 1:30 p.m.  and that time is excluded in the interests of justice pursuant to 18 U.S.C.§3161 (h)(7)(A) and (B)

IT IS SO ORDERED.

Dated:   December 17, 2015                              _____  
                                                                             SENIOR  DISTRICT  JUDGE