MCGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>    v.<br><br>JOHN DEREK GITMED,<br><br>                   Defendant. | CASE NO. 1:14-CR-00189-DAD-BAM<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal and, more particularly, in the document for which filing under seal is requested, IT IS HEREBY ORDERED that the following documents shall be SEALED until further order of this Court: 1) the government's Motion to Reduce Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure; 2) the declaration of Bryant Yang in support of the Motion; and 3) the government's Request to Seal Government's Motion to Reduce Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the government's motion serves a compelling interest. The Court

further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

Dated: **July 5, 2018**

*Dale A. Drozd*

UNITED STATES DISTRICT JUDGE